IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

   V.              CRIMINAL NO. 05-20062

KENO LAMAR PRICE                                            DEFENDANT

**ORDER**

Pursuant to the Court's authority under 18 U.S.C. § 3582(c)(2) and Rule 43(b)(4) of the Federal Rules of Criminal Procedure, the Court advises the parties that this defendant may qualify for a sentence reduction due to a recent amendment to the Crack Cocaine Offense Level Guidelines.

The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive, effective March 3, 2008, to eligible, previously-sentenced defendants pursuant to the terms set forth in U.S.S.G. § 1B1.10.

A *pro se* motion has been filed and should the U.S. Attorney's Office have no objection to such a reduction, the defendant will be advised and the matter will be referred for the entry of an agreed order.

The defendant may request an attorney be appointed, and such request will be considered by the Court.  The request will be granted if the Court determines that an attorney is

**AO72A**
**(Rev. 8/82)**

necessary to protect the interest of the defendant.

All other terms and provisions of the original judgment will remain in effect.

IT IS SO ORDERED this 11TH day of March, 2008.

/S/ Robert T. Dawson  
Honorable Robert T. Dawson  
United States District Judge

AO72A
(Rev. 8/82)