IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      Case No. 05-20062-001

KENO LAMAR PRICE                                            DEFENDANT

## ORDER

On September 25, 2006, the Court sentenced Defendant to 110 months imprisonment for possession with intent to distribute crack cocaine. (Doc. 46). Defendant's sentence included a $100.00 special assessment and a $2,000.00 fine. (Doc. 46). Currently before the Court is a motion by Defendant to eliminate the fine imposed upon Defendant (Doc. 53) and the Government's Response (Docs. 57-58).

Title 18, section 3572 of the United States Code governs the imposition of a sentence of a fine. It states, in pertinent part:

> Notwithstanding the fact that a sentence to pay a fine can subsequently be --
>
>> (1) modified or remitted under section 3573;
>>
>> (2) corrected under rule 35 of the Federal Rules of Criminal Procedure and section 3742; or
>>
>> (3) appealed and modified under section 3742;
>
> a judgment that includes such a sentence is a final judgment for all other purposes.

18 U.S.C. § 3572(c).

AO72A
(Rev. 8/82)

In order to be modified or remitted under section 3573, the Government must petition the Court.  18 U.S.C. § 3573.  The Government has filed no such petition and, further, has filed a response objecting to any reduction of Defendant's fine.  Rule 35 of the Federal Rules of Criminal Procedure provides that the Court may correct an error in a sentence with 7 days after sentencing or reduce a sentence upon the Government's motion.  Neither situation exists in this case.  Finally, for a sentence to be modified under section 3742, a notice of appeal must be timely filed in the district court.  18 U.S.C. § 3742.  Defendant did not appeal his sentence.

None of the reasons for modifying a fine are present in this case.  Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED this 11th day of June 2009.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge